## DOW SMITH

### *v.*

## J. G. HARRIS *et al.*

*Filed at Springfield January 31, 1885.*

APPEAL—*as to amount involved—judgment for defendant in suit for negligence.* In an action to recover damages growing out of alleged negligence, a judgment of the Appellate Court affirming a judgment of the trial court in favor of the defendant, is final; and unless the judges of the Appellate Court make a certificate that the cause involves some question of law which, on account of principal and collateral interests, should be passed upon by this court, no writ of error will lie from this court to review the judgment of the Appellate Court.

WRIT OF ERROR to the Appellate Court for the Third District;—heard in that court on writ of error to the Circuit Court of Coles county; the Hon. C. B. SMITH, Judge, presiding.

Messrs. CRAIG & CRAIG, for the plaintiff in error.

Messrs. STEVENS, LEE & HORTON, and Messrs. WILEY & NEAL, for the defendant in error Beck.

Per CURIAM: This suit was commenced in the circuit court of Coles county, by Dow Smith, against J. G. Harris, G. B. Comstock and Amos Beck, and was to recover for personal injuries sustained by plaintiff on account of the alleged wrongful conduct of defendants. Damages are claimed by plaintiff, in his declaration, in the sum of $10,000. On the trial in the circuit court the issues were found for defendants, and judgment was rendered against plaintiff for costs. That judgment was affirmed in the Appellate Court for the Third District. Plaintiff has brought the case to this court on error.

It is thought the writ of error must be dismissed, for the reason the judgment of the Appellate Court is final. The judges of that court have made no certificate the cause in-

volves any question of law which, on account of principal and collateral interests, should be passed upon by the Supreme Court, and so the writ of error will not lie, for that reason.

The case is one sounding in damages, and the statute provides in such cases, where the judgment of the trial court is less than $1000, exclusive of costs, and is affirmed by the Appellate Court, such judgment shall be final, and no appeal or writ of error shall be prosecuted therefrom. Rev. Stat. 1881, page 401, sec. 25.

*Writ of error dismissed.*